SRP:mb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**97-0324 CR-MOORE**

UNITED STATES OF AMERICA   )     CASE NO. _____
                           )     18 U.S.C. § 657
v.                         )
                           )     MAGISTRATE JUDGE
DAVE JOHNSON               )     JOHNSON
                           )     **INFORMATION**

The United States Attorney charges that:

Count 1

Beginning on or about December 18, 1995, and continuing until on or about January 9, 1996, at Miami, Dade County, in the Southern District of Florida, the defendant,

**DAVE JOHNSON,**

being an agent and employee of Coulter Financial Federal Credit Union, the deposits of which were then insured by the National Credit Union Administration Board, did knowingly, willfully, and with intent to injure and defraud said institution, embezzle, abstract, purloin and misapply approximately two thousand nine hundred and sixty dollars ($2,960) of the monies, funds and credits of and entrusted to the care and custody of said insured institution, in violation of Title 18, United States Code, Section 657.

_____
WILLIAM A. KEEFER
UNITED STATES ATTORNEY

_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-0324 CR-MOO[RE]

UNITED STATES OF AMERICA

v.

DAVE JOHNSON

**CERTIFICATE OF TRIAL ATTORNEY\***

MAGISTRATE JUDGE JOHNSON

**Related Case Information:**
SUPERSEDING         Yes ___   No _X_
New Defendant(s)    Yes ___   No _X_
Number of New Defendants    N/A
Total number of counts       N/A

**Court Division:** (Select One)

_X_ Miami    ___ Key West
___ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                     (Check only one)

   I    0 to 5 days      _X_      Petty      ___
   II   6 to 10 days     ___      Minor      ___
   III  11 to 20 days    ___      Misdem.    ___
   IV   21 to 60 days    ___      Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:

   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

7. This case originated in the U.S. Attorney's office prior to August 16, 1985
   (Yes or No) __No__

   _____
   STEVEN R. PETRI
   ASSISTANT UNITED STATES ATTORNEY
   Court No. A5500048

\*Penalty Sheet(s) attached                                    REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

**97-0324 CR-MOORE**

Defendant's Name: __DAVE JOHNSON__    No.: _____

Count #: 1 -- 18 U.S.C. § 657, Credit Union Fraud/Embezzlement

MAGISTRATE JUDGE JOHNSON

*Max. Penalty: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution.
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:

FILED BY ___ DC
97 APR 25 PM 3:35
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

## BOND RECOMMENDATION

DEFENDANT          DAVE JOHNSON

$  25,000                    (**Personal Surety**, Recognizance, Corp.
                              Surety, Cash)(Jail) (On Bond) (Warrant)
                              (Summons)(Marshal's Custody)


                                            *Steven R. Petri*
                                    ─────────────────────────────────
                                    STEVEN R. PETRI
                                    ASSISTANT UNITED STATES ATTORNEY


Last Known Address _____

What Facility _____

Agent      S/A CARMELO RIVERA, FBI
          (FBI)  (SECRET SERVICE)  (DEA)  (CUSTOMS)  (ATF)


                                                AO (Rev. 3/89)
                                                Bond Recommendation

AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA
V.
DAVE JOHNSON

97-0324 CR-MOORE
WAIVER OF INDICTMENT
MAGISTRATE JUDGE
GARBER

CASE NUMBER:

I, DAVE JOHNSON, the above named defendant, who is accused of

credit union fraud/embezzlement, in violation of
Title 18, United States Code, Section 657,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the
*Date*
proceeding may be by information rather than by indictment.

*Defendant*  DAVE JOHNSON

*Counsel for Defendant*  GAIL STAGE, AFPD

Before_____
*Judicial Officer*